**United States District Court**
**Middle District of Florida**
**Orlando Division**

**ORL, LLC, BLUE HERON BEACH**
**RESORT DEVELOPER, LLC, FRED W.**
**SCHINZ, JOHN T. CHAIN, JR., J. RON**
**ROGERS, LES W. BURKE,**

                **Plaintiffs,**

-vs-　　　　　　　　　　　　　　　　Case No.  6:11-cv-562-Orl-19DAB

**HANCOCK BANK a Mississippi**
**corporation, as assignee of & successor in**
**interest to Peoples First Community Bank,**
**FSB, a Florida corporation,**

                **Defendant.**

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge David A. Baker (Doc. No. 47, filed Sept. 27, 2011).  To date, no objection to the Report and Recommendation has been filed, and the time for doing so has passed.  Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 47) is **ADOPTED and AFFIRMED**.  The Motion for Award of Attorneys' Fees and Costs and Supporting Memorandum of Law by Hancock Bank, (Doc. No. 39, filed July 22, 2011), is **DENIED** for the reasons set forth in the Report and Recommendation, (Doc. No. 47).

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 25, 2011.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Party